

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

             Plaintiff,

v.

MAURICE WILLIS CARPENTER,

             Defendant.

Case: 4:22-cr-20012
Judge: Leitman, Matthew F.
MJ: Ivy, Curtis
Filed: 01-05-2022
SEALED MATTER (tt)

**INDICTMENT**

FILED
JAN 0 5 2022
U.S. DISTRICT COURT
FLINT, MICHIGAN

**THE GRAND JURY CHARGES**:

## COUNT ONE
### Possession with Intent to Distribute Cocaine
### (21 U.S.C. § 841(a)(1))

On or about October 1, 2020, in the Eastern District of Michigan, Maurice Carpenter knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT TWO
**Possession with Intent to Distribute Cocaine Base**
**(21 U.S.C. § 841(a)(1))**

On or about October 1, 2020, in the Eastern District of Michigan, Maurice

Carpenter knowingly possessed with intent to distribute a mixture or substance

containing a detectable amount of cocaine base, a Schedule II controlled substance,

in violation of 21 U.S.C. § 841(a)(1).

### COUNT THREE
**Possession with Intent to Distribute Schedule II Narcotics**
**(21 U.S.C. § 841(a)(1))**

On or about October 1, 2020, in the Eastern District of Michigan, Maurice

Carpenter knowingly possessed with intent to distribute a mixture or substance

containing a detectable amount of a Schedule II controlled substance, to-wit:

hydrocodone pills and oxycodone pills, in violation of 21 U.S.C. § 841(a)(1).

### COUNT FOUR
**Possession of a firearm in furtherance of a drug trafficking crime**
**(18 U.S.C. § 924(c)(1)(A))**

On or about October 1, 2020, in the Eastern District of Michigan, Maurice

Carpenter, knowingly possessed a firearm in furtherance of a drug trafficking

crime for which he may be prosecuted in a court of the United States, that is, 21

U.S.C. § 841(a)(1), possession with intent to distribute cocaine, possession with

intent to distribute cocaine base, and possession with intent to distribute schedule II

narcotics; as set forth in Counts One, Two, and Three, in violation of 18 U.S.C. §

2 of 4

924(c)(1)(A).

## COUNT FIVE
### Felon in possession of a firearm
### (18 U.S.C. § 922(g)(1))

On or about October 1, 2020, in the Eastern District of Michigan, Maurice

Carpenter, knowing he had been convicted of an offense punishable by a term of

imprisonment exceeding one year, knowingly possessed, in and affecting

commerce, five firearms, that is, a KelTec, Model PLR-16 .223 caliber semi-

automatic handgun; a Taurus, model G2 9mm semi-automatic hand gun; a Sig

Sauer, Model P238 .380 caliber semi-automatic hand gun; a Companhia Braziliera

Cartuchos .22 caliber rifle; and a Charter Arms .38SPL caliber rifle, all in violation

of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Five of this Indictment are

hereby re-alleged and incorporated by reference for the purpose of alleging

forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to

the defendant of its intention to seek forfeiture of all proceeds of the alleged

violations, direct or indirect, or property traceable thereto; all property that

facilitated the commission of the violations alleged, or property traceable thereto; all

property involved in, or property traceable to, the violations alleged in this

Indictment.

                                                              **THIS IS A TRUE BILL.**

Dated:    January 5, 2022

                                                              s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


s/TIMOTHY M. TURKELSON          s/ANTHONY P. VANCE
TIMOTHY M. TURKELSON (P53748)    ANTHONY P. VANCE (P61148)
Assistant United States Attorney        Assistant United States Attorney
600 Church Street, Suite 210            Chief, Branch Offices
Flint, MI 48502
Telephone number: (810) 766-5177
Timothy.turkelson@usdoj.gov

Companion Case information MUST be completed by AUS▲

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 4:22-cr-20012<br>Judge: Leitman, Matthew F.<br>MJ: Ivy, Curtis<br>Filed: 01-05-2022<br>SEALED MATTER (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| **Companion Case Information** | | **Companion Case Number:** |
|---|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | | **Judge Assigned:** |
| ☐ Yes    ☑ No | | **AUSA's Initials:** TT |

**Case Title:** USA v. Maurice Willis Carpenter

**County where offense occurred :** Genesee

**Check One:**    ☑ **Felony**        ☐ **Misdemeanor**        ☐ **Petty**

<u>X</u> Indictment/_____ Information --- **no** prior complaint.

_____ Indictment/_____ Information --- based upon prior complaint [**Case number:** _____]

_____ Indictment/_____ Information --- based upon LCrR 57.10 (d) **[Complete Superseding section below]**.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 5, 2022
_____
Date

s/TIMOTHY TURKELSON
_____
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013